UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ALMY, | ) |
| | ) |
| Plaintiff, | )  2:12-cv-00129-JCM-VCF |
| | ) |
| vs. | ) |
| | )  **ORDER** |
| D. DAVIS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

Presently before the court is plaintiff, appearing pro se, Kevin Almy's emergency motion for a preliminary injunction. (Doc. # 24). Defendants have not responded.

Plaintiff provides an affidavit stating that he was attacked by a fellow inmate that resulted in prison staff placing plaintiff in segregated protective custody. (Doc. # 24, ¶¶ 21-24). This placement has resulted in decreased access to the law library. (Doc. # 24, 4-5). Also, a box of plaintiff's legal materials was not delivered to his new placement location. (Doc. # 24, 3-4). The motion seeks delivery of his legal files, access to the library that is equal to that of other inmates, and expedited disciplinary proceedings against his attacker that would permit plaintiff to leave segregated protective custody sooner.

Plaintiff's motion does not seek a temporary retraining order. However, the court recognizes the importance of plaintiff's personal property rights, and, more generally, the importance of prisoners' rights. Thus, under these facts, the court finds that an expedited briefing schedule is warranted.

1    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that defendants shall have up to, and including, October 18, 2012, to file a response. Further, plaintiff shall have up to, and including, October 25, 2012, to file a reply.

DATED October 10, 2012.

_____
UNITED STATES DISTRICT JUDGE