1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

12  KEVIN ALMY,                          )

13              Plaintiff,               )        2:12-cv-00129-JCM-VCF
                                         )
14  vs.                                  )
                                         )        **ORDER**
15  D. DAVIS, *et al.*,                  )
                                         )
16              Defendants.              )
    _____ /

17        Presently before the court is plaintiff, appearing *pro se*, Kevin Almy's motion for order to permit

18  reply to defendants' opposition (doc. # 59) and plaintiff's motion to extend time to respond (doc. # 60).

19  Defendants have not responded.

20  **I.      Motion for order to permit reply to defendants' opposition (doc. # 59)**

21        First, plaintiff requests an opportunity to file a reply to defendant's opposition to plaintiff's

22  motion for a preliminary injunction. (Doc. # 59). The motion for preliminary injunction was filed

23  September 19, 2012. (Doc. # 21). Defendants responded on October 3, 2012. (Doc. # 23). Replies were

24  due by October 13, 2012. Provided plaintiff's current incarceration, the court permitted an additional

25  month for plaintiff to file a reply. The court issued its order denying the preliminary injunction on

26  November 14, 2012. (Doc. # 51).

1    On November 21, 2012, plaintiff filed his reply. (Doc. # 57). Reply briefs are optional and not

2  mandatory, but if one is to be filed, it must be filed by the deadlines set forth. However, in good faith,

3  the court has reviewed plaintiff's untimely reply.[1]

4    After having reviewed the reply and considered the contents therein, the court's order denying

5  the preliminary injunction (doc. # 51) stands.

6  **II.    Motion to extend time to respond (doc. # 60)**

7    Second, plaintiff requests an extension of time to file an opposition to defendants' partial motion

8  to dismiss (doc. # 27). Defendant represents that he has not been served a copy of the motion. Although

9  the court has already *sua sponte* granted a one-month extension of time for defendant to respond, the

10  court finds that additional time is warranted.

11  **III.    Conclusion**

12    Accordingly,

13    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for

14  order to permit reply to defendants' opposition (doc. # 59) be, and the same hereby is, GRANTED.[2]

15    IT IS FURTHER ORDERED that plaintiff's motion to extend time to respond (doc. # 60) be,

16  and the same hereby is, GRANTED.

17    IT IS FURTHER ORDERED that defendants serve another copy of the partial motion to dismiss

18  (doc. # 27) on plaintiff on or before December 3, 2012. To comply, defendants need only mail the

19  motion to plaintiff by this date.

20  . . .

21  . . .

22  . . .

23  ──────────────

24    [1] Plaintiff represents that he did not receive defendants' opposition until November 7, 2012. (Doc. # 57, 2:4-7). The court is aware of the sluggish pace at which correspondence is received and sent through the prison mail system. And the

25  court has afforded a generous amount of time to accommodate these circumstances (as demonstrated by this court *sua sponte* providing plaintiff with an additional month to respond to defendant's partial motion to dismiss).

26    [2] The reply was filed as doc. # 57. The court has considered the reply and finds that its current order on the preliminary injunction (doc. # 51) stands.

1    IT IS FURTHER ORDERED that plaintiff shall have up to, and including, January 31, 2013, to

2  file an opposition.[3] The opposition will be considered filed on the date of mailing.

3    Dated November 28, 2012.

4

5    _____

6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

---

[3] The court bases this deadline upon prior history in this case.