**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KEVIN ALMY, | 2:12-cv-00129-JCM-VCF |
| Plaintiff, | **ORDER** |
| vs. | [Motion to Consolidate All Outstanding Motions and Request for an Extension of Time (#67)] |
| D. DAVIS, *et al.,* | |
| Defendants. | |

Before the Court is Defendants' Motion to Consolidate All Outstanding Motions and Request for an Extension of Time (#67) filed on December 5, 2012.

Defendants request the Court to address all pending motions at the hearing on December 13, 2012.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Motion to Consolidate All Outstanding Motions and Request for an Extension of Time (#67) is GRANTED.

IT IS FURTHER ORDERED that the hearing on December 13, 2012 at 1:30 p.m. will address the following pending motions:

1. Plaintiff's Motion to Compel Identification of Defendants (#37),

2. Plaintiff's Motion to Appoint Counsel (#38),

3. Plaintiff's Motion for Plaintiff's Early Submission of Expanded Interrogatories (#39),

4. Plaintiff's Objection/Motion to Strike (#53),

1   5. Plaintiff's Motion for Sanctions Pursuant to Rule 11(c) (#54),

2   6. Plaintiff's Order to Compel Service (#58),

3   7. Plaintiff's Amended Motion for Appointment of Counsel (#62 and #63),

4   8. Plaintiff's Motion for Judicial Notice (#65).

IT IS FURTHER ORDERED that no additional briefing is required on the pending motions as mentioned above. The topic of further briefing will be addressed at the December 13, 2012 hearing.

DATED this 7th day of December, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE