**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KEVIN ALMY, | 2:12-cv-00129-JCM-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| D. DAVIS, *et al.*, | [Motion #'s 209, 210, 213] |
| Defendant. | |

Before the court are Plaintiff's Request for Leave to File Motion for Extension of Time to Respond to Doc #203, or in Alternative, Accept this as Motion for Extension (First Request) (#209), Discovery Requests Pursuant to Court Order Doc #203 (#210), and Motion for Stay of District Court Proceedings (#213).

On November 1, 2013, Defendant Almy filed a Notice of Appeal unto Order #194. Thereafter he filed Request for Leave to File Motion for Extension of Time to Respond to Doc #203, or in Alternative, Accept this as Motion for Extension (First Request) (#209), Discovery Requests Pursuant to Court Order Doc #203 (#210), and Motion for Stay of District Court Proceedings (#213). In Defendant's Motion for Stay of District Court Proceedings (#213), he asks the Ninth Circuit to stay the case. As Motion #213 requests relief from the Ninth Circuit and not this court, #213 is denied without prejudice. Plaintiff's Request for Leave to File Motion for Extension of Time to Respond to Doc #203, or in Alternative, Accept this as Motion for Extension (First Request) (#209) and Discovery Requests

1  Pursuant to Court Order Doc #203 (#210) are denied without prejudice.  After the Ninth Circuit rules on
2  the pending appeal, Plaintiff may seek leave to file these motions in accordance to Order #159.
3      Accordingly,
4      IT IS HEREBY ORDERED that Plaintiff's Request for Leave to File Motion for Extension of
5  Time to Respond to Doc #203, or in Alternative, Accept this as Motion for Extension (First Request)
6  (#209), Discovery Requests Pursuant to Court Order Doc #203 (#210), and Motion for Stay of District
7  Court Proceedings (#213) are DENIED without prejudice.
8      DATED this 5th day of December, 2013.

                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE