**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KEVIN ALMY, | 2:12-cv-00129-JCM-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| D. DAVIS, *et al.*, | [Motion #'s 216, 219, 220] |
| Defendant. | |

Before the court are Plaintiff's Motion to Compel Answers to Plaintiff's Interrogatories and Requests for Production of Documents (#216), Motion for Leave to File Motion for Reconsideration (#219), and Motion for Discovery Request (#220).

On November 1, 2013, Defendant Almy filed a Notice of Appeal unto Order #194. Plaintiff's Motion to Compel Answers to Plaintiff's Interrogatories and Requests for Production of Documents (#216), Motion for Leave to File Motion for Reconsideration (#219), and Motion for Discovery Request (#220) were filed after Plaintiff's Notice of Appeal (#204). After the Ninth Circuit rules on the pending appeal, Plaintiff may seek leave to file these motions in accordance to Order #159.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Answers to Plaintiff's Interrogatories and Requests for Production of Documents (#216), Motion for Leave to File Motion for

…

…

1  Reconsideration (#219), and Motion for Discovery Request (#220) are DENIED without prejudice.

2  DATED this 12th day of December, 2013.

3  _____
CAM FERENBACH
4  UNITED STATES MAGISTRATE JUDGE