**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN ALMY,  )
        Plaintiff,  )  2:12-cv-00129-JCM-VCF
 )
vs.  )
 )  **ORDER**
D. DAVIS, *et al.*,  )
 )
        Defendants.  )

Presently before the court is defendants' motion to continue trial. (Doc. # 269).

Defendants request that trial in this matter be reset for a date in mid-to-late June 2014, as defendants' counsel will be unavailable on June 2, 2014, the date on which the trial is currently set. This is defendants' first request for a continuance of trial.

. . .

. . .

. . .

. . .

. . .

. . .

1   Good cause appearing,

2   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to
3   continue trial (doc. # 269) be, and at the same time hereby is, GRANTED. The trial of this case presently
4   scheduled for Monday, June 2, 2014, and calendar call presently scheduled for Wednesday, May 28,
5   2014, are hereby VACATED and trial is rescheduled for the court's three-week trial stack beginning on
6   **Monday, June 16, 2014, at the hour of 9:00 a.m.** Calendar call is scheduled for **Wednesday, June 11,**
7   **2014, at the hour of 1:30 p.m.**

8   Dated March 19, 2014.

_____
UNITED STATES DISTRICT JUDGE

2