# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KEVIN ALMY, | 2:12-cv-00129-JCM-VCF |
|         Plaintiff, | |
| vs. | **ORDER** |
| D. DAVIS, *et al.,* | |
|         Defendant(s). | |

Before the court is Defendants' Motion for Rescheduling or Continuance of Settlement Conference (#270). Defendants seek to reschedule the settlement conference currently scheduled for March 28, 2014 as Nancy Katafias, Tort Claims Manager for the Attorney General's Office and the only person with full authority, subject to statutory limitations requiring Board of Examiner approval, is unavailable on March 28, 2014. Trial has been continued to June 16, 2014.

Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion for Rescheduling or Continuance of Settlement Conference (#270) GRANTED.

IT IS FURTHER ORDERED that the settlement conference is rescheduled to 10:00 a.m., May 7, 2014. The confidential settlement statement is due on or before April 30, 2014. All else as stated in the Order Scheduling Settlement Conference (#259) remains the same.

DATED this 19th day of March, 2014.

                                                                                       CAM FERENBACH
                                                                                       UNITED STATES MAGISTRATE JUDGE