1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                         **DISTRICT OF NEVADA**

7

8    KEVIN ALMY,                          )
                                          )
9            Plaintiff,                    )        2:12-cv-00129-JCM-VCF
                                          )
10   vs.                                   )
                                          )        **ORDER**
11   D. DAVIS, *et al.*,                    )
                                          )
12           Defendants.                   )
     _____/

13

14         Presently before the court is plaintiff Kevin Almy's motion to reconsider. (Doc. # 224).  Also

     before the court is a motion to strike plaintiff's motion to reconsider filed by defendants. (Doc. # 225).
15

16         On September 27, 2013, the court entered an order requiring that plaintiff request leave of the

     court to file any further motions, due to plaintiff's numerous and repetitive filings in this case. (Doc. #
17

     194). This order also stated that a request to file a motion "must be no more than two pages and must
18

     state the relief sought and the reason [plaintiff] is entitled to such relief." *Id.* Plaintiff did not request
19

     leave from the court prior to filing the instant motion.
20

     . . .
21

     . . .
22

     . . .
23

     . . .
24

     . . .
25

     . . .
26

1    Accordingly,

2         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Kevin Almy's motion

3    to reconsider, (doc. # 224), be, and the same hereby is, DENIED.

4         IT IS FURTHER ORDERED that defendants' motion to strike, (doc. # 225), is DENIED as

5    moot.

6         Dated May 28,  2014.

7

8                                              _____
                                               UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26