1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                      **DISTRICT OF NEVADA**

8

9  KEVIN ALMY,                    )      2:12-cv-00129-HDM-VCF
                                  )
10                 Plaintiff,     )
                                  )      ORDER
11 vs.                            )
                                  )
12 D. DAVIS, et al.,              )
                                  )
13                 Defendant.     )
   _____)

14

15       In light of the defendants' unopposed motion to transfer this

16 action to the unofficial northern division of the District of

   Nevada (#280, #285), the chief judge entered an order on May 30,
17
   2014, directing the reassignment of this action to the undersigned.
18
   Accordingly, the defendants' motion to transfer this action to the
19
   unofficial northern division (#280, #285) is **GRANTED**.  The trial
20
   set for June 16, 2014, is inconvenient with the court's calendar.
21
   Accordingly, the trial date of June 16, 2014, is **VACATED**, and trial
22
   is reset for the stack calendar of December 3, 2014.
23
24       IT IS SO ORDERED.

25       DATED: This 3rd day of June, 2014.

26                         _Howard D McKibben_

27                         _____
                           UNITED STATES DISTRICT JUDGE
28