**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
|     Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| D. DAVIS, et al., | ) | |
| | ) | |
|     Defendant. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#251) filed on March 3, 2014, in which the magistrate judge recommends that this court enter an order denying plaintiff's requests for leave to file motions to vacate (#239, #240). The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#251). Plaintiff's requests to file motions to vacate (#239, #240) are therefore **DENIED**.

IT IS SO ORDERED.

DATED: This 6th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE