**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
KEVIN ALMY,                      )   2:12-cv-00129-HDM-VCF
                                 )
          Plaintiff,             )
                                 )   ORDER
vs.                              )
                                 )
D. DAVIS, et al.,                )
                                 )
          Defendant.             )
_____)
```

The court has considered the report and recommendation of the United States Magistrate Judge (#278) filed on April 10, 2014, in which the magistrate judge recommends that this court enter an order denying plaintiff's request for leave to file a motion for a temporary restraining order and order to show cause for preliminary injunction (#252). The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#278). Plaintiff's request to file a motion for a temporary restraining

order and order to show cause for preliminary injunction (#252) is therefore **DENIED.**

IT IS SO ORDERED.

DATED: This 6th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE