**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN ALMY,                          )          2:12-cv-00129-HDM-VCF
                                     )
              Plaintiff,             )
                                     )          ORDER
vs.                                  )
                                     )
D. DAVIS, et al.,                    )
                                     )
              Defendant.             )
_____)

     Plaintiff's request for leave to file a motion for an order allowing him to correspond with inmate witnesses (#292) is **GRANTED**. Plaintiff shall file a motion seeking such relief no later than July 7, 2014.  Plaintiff's motion shall identify by name all inmate witnesses with whom he seeks to correspond, along with a description of what testimony he expects each such witness will provide.

     IT IS SO ORDERED.

     DATED: This 6th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE