**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN ALMY,                          )        2:12-cv-00129-HDM-VCF
                                     )
                  Plaintiff,         )
                                     )        ORDER
vs.                                  )
                                     )
D. DAVIS, et al.,                    )
                                     )
                  Defendant.         )
_____)

        Plaintiff's request for leave to file a motion for an order allowing inmate witnesses to testify at trial via audio visual equipment (#289) is **GRANTED**.  Plaintiff shall file a motion seeking such relief no later than July 7, 2014.  Plaintiff's motion shall identify by name all inmate witnesses whose testimony he seeks to secure via audio visual equipment and what testimony he expects each such witness will provide.

        IT IS SO ORDERED.

        DATED: This 6th day of June, 2014.

                            _Howard D. McKibben_
                            _____
                            UNITED STATES DISTRICT JUDGE