**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| D. DAVIS, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff's request for leave to file a motion for order for U.S. Marshals to serve plaintiff's subpoenas (#287) is **GRANTED.** Plaintiff shall file a motion for service of subpoenas no later than July 7, 2014.  The motion shall identify by name and address all witnesses whom plaintiff wishes to serve with a subpoena, along with a description of the testimony plaintiff expects each such witness will provide.  Plaintiff is advised that the court will direct service of subpoenas only as to those witnesses who plaintiff has shown will provide relevant and admissible testimony.

IT IS SO ORDERED.

DATED: This 6th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE