**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| D. DAVIS, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's request for information (#324) is **GRANTED**. Plaintiff is advised that individuals who have been released from custody whom plaintiff calls to testify at trial are entitled to the witness and travel fees provided under 28 U.S.C. § 1821. Inmates who are in custody and appear in court via audio video equipment are not entitled to witness fees. *Id.* § 1821(f).

IT IS SO ORDERED.

DATED: This 22nd day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE