# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN ALMY,                    )   2:12-cv-00129-HDM-VCF
                               )
        Plaintiff,             )
                               )   ORDER
vs.                            )
                               )
D. DAVIS, et al.,              )
                               )
        Defendant.             )
_____)

Plaintiff's motion for an order allowing him to correspond with inmate witnesses (#328) is **GRANTED** in part. Plaintiff shall be allowed to correspond with the following individuals on the subject matter of this case in accordance with A.R. 750.04(1)(B), except that prison officials shall be allowed to read all such correspondence: (1) Dwayne Clark; (2) Gary Winkler; (3) David Sheldon; (4) Steven A. Haug; (5) Larry Eugene Smith; (6) Tommy Terrant; (7) Tracy Summers; (8) Billy Atkins; (9) Donald Picard; and (10) Justin Riley.

IT IS SO ORDERED.

DATED: This 22nd day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE