# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| D. DAVIS, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's request for leave to file a motion for contempt of court (#346) is **GRANTED**.  Plaintiff shall file his motion on or before August 29, 2014, and the defendants shall file a response no later than September 12, 2014.

IT IS SO ORDERED.

DATED: This 15th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE