**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| D. DAVIS, et al., | ) | |
| Defendant. | ) | |

Plaintiff's "Notice of Non-Opposition and Request for Submission/Ruling" (#347, #348) is **DENIED** as frivolous. The court ruled on plaintiff's requests for leave to file adverse inference jury instructions on June 30, 2014. Because plaintiff asserts he did not receive the court's orders, the clerk of the court shall forward a copy of said orders (#331 & #332) to the plaintiff.

IT IS SO ORDERED.

DATED: This 15th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE