**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN ALMY,                              )        2:12-cv-00129-HDM-VCF
                                         )
            Plaintiff,             )
                                         )        ORDER
vs.                                      )
                                         )
D. DAVIS, et al.,                        )
                                         )
            Defendant.             )
_____)

     Plaintiff's request for clarification and objection (#349, #350) is **DENIED**.

     IT IS SO ORDERED.

     DATED: This 15th day of August, 2014.

                                              _____
                                              UNITED STATES DISTRICT JUDGE