# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ALMY, ) | 2:12-cv-00129-HDM-VCF |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| D. DAVIS, et al., ) | |
| Defendant. ) | |

Before the court is plaintiff's objection to the court's order of June 6, 2014 (#345). The court issued said order more than two months ago. Although the court denied plaintiff's request to file a motion for medical records in part because plaintiff did not specifically seek records related to injuries suffered as a result of the alleged excessive force incidents,[1] it also denied the request because discovery had closed. Accordingly, plaintiff's objection (#345) is **DENIED** as both untimely and without merit.

IT IS SO ORDERED.

DATED: This 15th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court would note that despite plaintiff's assertion that he could not identify the records related to the incident in his request due to the prescribed page limit, he did list all the other conditions unrelated to the excessive force incidents for which he sought medical records, conditions which clearly do not pertain to this case.