1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                        **DISTRICT OF NEVADA**
6
7   KEVIN ALMY,                    )        2:12-cv-00129-HDM-VCF
                                   )
8                 Plaintiff,       )
                                   )        ORDER
9   vs.                            )
                                   )
10  D. DAVIS, et al.,              )
                                   )
11                Defendant.       )
    _____)
12
          On September 10, 2014, the court denied plaintiff's request
13
    for leave to file a motion for reconsideration (#344).  Plaintiff's
14
    reply, which was due on September 2, 2014, was received and filed
15
    by the court on September 11, 2014.  The court has considered
16
    plaintiff's reply, and hereby **REAFFIRMS** its order of September 10,
17
    2014, denying plaintiff's request for leave to file a motion for
18
    reconsideration.
19
          IT IS SO ORDERED.
20
          DATED: This 12th day of September, 2014.
21
22
23                                  _____
                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28