1   CATHERINE CORTEZ MASTO
    Attorney General
2   MICHELINE N. FAIRBANK
    Senior Deputy Attorney General
3   Nevada Bar No. 8062
    Bureau of Litigation
4   Public Safety Division
    100 N. Carson Street
5   Carson City, NV  89701-4717
    Tel: 775-684-1196
6   Fax:  775-684-1275
    Email: mfairbank@ag.nv.gov
7
    KALI FOX MILLER
8   Nevada Bar No. 11656
    Deputy Attorney General
9   Bureau of Litigation
    Public Safety Division
10  555 E. Washington Ave., Ste. 3900
    Las Vegas, NV 89113
11  Telephone: (702) 486-3420
    Facsimile: (702) 486-3773
12  Email: kmiller@ag.nv.gov

13  *Attorneys for Defendants Eric Fancher,*
    *Pamela Feil, Brandt Halling, James Keener,*
14  *Veronica Meza, Terry Nelsen, and Ruben Vidaurri*

15              **UNITED STATES DISTRICT COURT**

16                  **DISTRICT OF NEVADA**

17  KEVIN ALMY,                          Case No.  2:12-cv-00129-HDM-VCF
                                         ORDER GRANTING
18                      Plaintiff,       **DEFENDANTS' MOTION FOR ORDER TO**
                                         **PRODUCE PLAINTIFF FOR TRIAL**
19  v.

20  D. DAVIS, et al.,

21                      Defendants.

22          Defendants, Eric Fancher, Pamela Feil, Brandt Halling, James Keener, Veronica Meza,

23  Terry Nelsen, and Ruben Vidaurri, by and through counsel, Catherine Cortez Masto, Attorney

24  General of the State of Nevada, Micheline N. Fairbank, Senior Deputy Attorney General, and

25  Kali Fox Miller, Deputy Attorney General, hereby submit this Motion for an Order to Produce

26  Plaintiff for Trial.   This Motion is based upon the following Memorandum of Points and

27  Authorities and all papers and pleadings on file in this matter.

28  / / /

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

1

FILED _____      RECEIVED _____
ENTERED _____    SERVED ON _____
COUNSEL/PARTIES OF RECORD

NOV - 5 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                      DEPUTY

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff, Kevin Almy, is an inmate incarcerated within the statewide prison system operated by the Nevada Department of Corrections (NDOC). Plaintiff is currently incarcerated at Southern Desert Correctional Center, an institution operated by the NDOC and located in Indian Springs, Nevada. Trial is currently set in this matter to commence on December 8, 2014, in the United States District Court in Reno, Nevada. As such, to assure Plaintiff's physical presence for trial in this matter, an Order directing that the appropriate arrangements be made is necessary.

By means of this Motion, Defendants request that the Court issue an order directing that Plaintiff be produced for trial commencing at 8:30 a.m. on December 8, 2014, at the United States District Court, 400 S. Virginia Street, Reno, Nevada, 89501.

Dated this 30th day of October, 2014.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
MICHELINE N. FAIRBANK
Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED that the Office of the Attorney General shall arrange for the physical presence of Plaintiff for trial commencing at 8:30 a.m. on December 8, 2014, at the United States District Court, 400 S. Virginia Street, Reno, Nevada, 89501.

Dated this 5 day of November, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE