**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| D. DAVIS, et al., | ) | |
| Defendant. | ) | |

Plaintiff has filed three objections (#389) to court rulings at the pretrial conference of this matter on October 28, 2014.

Plaintiff's objection #1 is **GRANTED**. The court has separately ordered the issuance of subpoenas for Billy Atkins and Donald Picard.

Plaintiff's objection #2 is **DENIED.**

The court reserves decision on plaintiff's objection #3, as it relates to his separate request for leave to file a motion opposing the defendants' use of expert witnesses. The court will decide objection #3, as well as the related request for leave, after briefing of those matters by the parties.

IT IS SO ORDERED.

DATED: This 12th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE