**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| D. DAVIS, et al., | ) | |
| Defendants. | ) | |

    Defendants' request for an extension of time to file the joint pretrial order (#395) is **GRANTED**.  Defendants shall file the parties' proposed joint pretrial order on or before November 23, 2014.

    IT IS SO ORDERED.

    DATED: This 13th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE