# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN ALMY,                           )        2:12-cv-00129-HDM-VCF
                                      )
        Plaintiff,            )
                                      )        ORDER
vs.                                   )
                                      )
D. DAVIS, et al.,                     )
                                      )
        Defendants.           )
_____)

Plaintiff's request for a copy of the docket sheet (#400) is GRANTED. The clerk of the court shall forward a copy of the docket sheet in this action to the plaintiff.

IT IS SO ORDERED.

DATED: This 17th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE