**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| KEVIN ALMY, ) | 2:12-cv-00129-HDM-VCF |
| )  Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| D. DAVIS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendants' motion for an extension of time (#408) is **GRANTED**. Defendants shall submit plaintiff's trial exhibits on or before Monday, December 1, 2014.

IT IS SO ORDERED.

DATED: This 20th day of November, 2014.

*[signature: Howard D. McKibben]*
_____
UNITED STATES DISTRICT JUDGE

1