1

2

3

4                              **UNITED STATES DISTRICT COURT**

5                                  **DISTRICT OF NEVADA**

6

7   KEVIN ALMY,                              )          2:12-cv-00129-HDM-VCF
                                             )
8                    Plaintiff,              )
                                             )          ORDER
9   vs.                                      )
                                             )
10  D. DAVIS, et al.,                        )
                                             )
11                   Defendants.             )
    _____ )
12
         The defendants' motion to strike (#415) is **DENIED** as to the
13
    witnesses the plaintiff intends to call at trial.  The court
14
    reserves its ruling on defendants' motion to preclude the admission
15
    of the several affidavits referred to in defendants' motion.
16
         **IT IS SO ORDERED.**
17
         DATED: This 24th day of November, 2014.
18

19                              _____
                                UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28