# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| D. DAVIS, et al., | ) | |
| Defendants. | ) | |

In light of the defendants' notice to the court that they intend to call Greg Smith and Wesley Mattice solely to rebut any claim made by plaintiff during trial that Warm Springs Correctional Center had video recorders that could have captured the two alleged excessive force incidents that took place there (#425), the plaintiff's objections to the testimony of Smith and Mattice (#389) are **DENIED**.

**IT IS SO ORDERED.**

DATED: This 25th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE