# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ALMY, | 2:12-cv-00129-HDM-VCF |
| Plaintiff, | |
| vs. | ORDER |
| D. DAVIS, et al., | |
| Defendants. | |

The court construes the plaintiff's request for leave to file a motion for trial transcripts (#462) as a motion for leave to file trial transcripts. Defendants shall file any response to the motion on or before January 9, 2015.

IT IS SO ORDERED.

DATED: This 23rd day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE