# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ALMY, | 2:12-cv-00129-HDM-VCF |
| Plaintiff, | |
| vs. | ORDER |
| D. DAVIS, et al., | |
| Defendants. | |

Plaintiff Kevin Almy has filed a motion contending that some of his legal documents that were transported with him to Reno for trial have not been returned to him (#475). Accordingly, defendants shall respond to plaintiff's motion on or before February 13, 2015.

IT IS SO ORDERED.

DATED: This 30th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE