**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
KEVIN ALMY,                       )   2:12-cv-00129-HDM-VCF
                                  )
            Plaintiff,            )
                                  )   ORDER
vs.                               )
                                  )
D. DAVIS, et al.,                 )
                                  )
            Defendants.           )
_____)
```

On January 29, 2015, the plaintiff improperly filed a pleading entitled "Motion to Waive Copy Submission Requirements" (#473) with this court. The document is captioned for the Ninth Circuit Court of Appeals. Plaintiff has also filed a document entitled "Motion for Enlargement of Time to Comply with Circuit Rules 10-3.1 and 10-3.2" (#474). Although captioned for this court, the document seeks relief from the rules of the Ninth Circuit Court of Appeals. Accordingly, documents #473 and #474 shall be forwarded to the Ninth Circuit Court of Appeals for its consideration.

Plaintiff is directed to file motions intended for, and within the jurisdiction of, the Ninth Circuit Court of Appeals only with the Court of Appeals and not with this court. The clerk of the

1

court is directed to decline to file any pleading filed by the plaintiff which is captioned for the United States Court of Appeals for the Ninth Circuit.  Any further motions or requests for relief filed by the plaintiff captioned for this court but which do not pertain to matters within this court's jurisdiction will be stricken.

    IT IS SO ORDERED.

    DATED: This 30th day of January, 2015.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE