1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                      **DISTRICT OF NEVADA**

6

7   KEVIN ALMY,                    )      2:12-cv-00129-HDM-VCF
                                   )
8               Plaintiff,         )
                                   )      ORDER
9   vs.                            )
                                   )
10  D. DAVIS, et al.,              )
                                   )
11              Defendants.        )
    _____)

12
        On February 13, 2015, defendants responded to plaintiff's
13
    motion to enforce court order (#475), which claimed that legal
14
    documents that had been transported with plaintiff to Reno for trial
15
    had not been returned to him (#483).  Defendants indicated that they
16
    are investigating the matter.  Accordingly, on or before March 13,
17
    2015, defendants shall advise the court of the status of the
18
    materials sought by the plaintiff.
19
        IT IS SO ORDERED.
20
        DATED: This 27th day of February, 2015.
21

22

23                              _____
                                UNITED STATES DISTRICT JUDGE
24

25

26

27

28