# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| D. DAVIS, et al., | ) | |
| Defendants. | ) | |

On February 23, 2015, plaintiff filed a request for leave to file a motion for extension of time to file his bill of costs (#484). Defendants have not opposed or otherwise responded to the request, and the time for doing so has expired. The court construes the request for leave to file a motion as a motion for extension of time, and the motion for an extension of time to file a bill of costs (#484) is **GRANTED**. Plaintiff shall have to and including April 16, 2015, in which to file a bill of costs in compliance with Local Rule 54-1. The clerk of the court shall provide plaintiff with the appropriate form along with a copy of this order.

IT IS SO ORDERED.

DATED: This 17th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE