**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| D. DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Plaintiff's motion for an extension of time to file a reply (#493) is **DENIED**. Furthermore, the court's order of March 26, 2015, is **RECONFIRMED**.

    IT IS SO ORDERED.

    DATED: This 10th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE