UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| D. DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's motion for reconsideration (#496) is **DENIED**.

IT IS SO ORDERED.

DATED: This 15th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE