UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| D. DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is currently on appeal. The court thus lacks jurisdiction to consider plaintiff's motion to amend screening order (#504). *United Nat. Ins. Co. v. R&D Latex Corp.*, 242 F.3d 1102, 1109 (9th Cir. 2001) ("Once a notice of appeal takes effect, the district court loses jurisdiction over the matter placed before the appellate court."). Plaintiff's motion (#504) is therefore **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

DATED: This 18th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE