UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 2:12-cv-00129-HDM-VCF |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| D. DAVIS, et al., | ) ) | |
| Defendants. | ) ) ) | |

Before the Court is Plaintiff Kevin Almy's motion to waive early mediation conference for cause (ECF No. 512). At this time, no early mediation conference has been set for this case. As such, Plaintiff's motion is premature and is therefore **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: This 7th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

1