# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

KEVIN ALMY,

        Plaintiff,

vs.

BRANDON DAVIS, *et al.*,

        Defendants.

2:12-cv-00129-HDM-VCF
**ORDER**

Before the Court is *Kevin Almy v. Brandon Davis, et al.*, case number 2:12-cv-00129-HDM-VCF.

On March 2, 2018, the Court of Appeals issued its mandate affirming the judgment in part and vacating and remanding the judgment in part. (ECF No. 517).

Accordingly,

IT IS HEREBY ORDERED that a pretrial conference is scheduled for 10:00 AM, September 26, 2018, in Courtroom 3D.

If the parties would like to appear by telephone, a motion seeking telephonic appearance must be filed by September 12, 2018.

DATED this 6th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE