# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KEVIN ALMY,

        Plaintiff,

vs.

BRANDON DAVIS, *et al.*,

        Defendants.

2:12-cv-00129-HDM-VCF

**ORDER**

      Before the Court is Defendants' Motion to Appear Telephonically at the Pretrial Conference (ECF No. 522).

      Accordingly, and for good cause shown,

      IT IS HEREBY ORDERED that Defendants' Motion to Appear Telephonically at the Pretrial Conference (ECF No. 522) scheduled for September 26, 2018, is GRANTED.

      The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

      DATED this 13th day of September, 2018.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE